B 250A
(8/96)

# United States Bankruptcy Court

_Southern_ District Of _Ohio, Eastern Division_

In re _Arctic Express, Inc._ , )  03-66797
   Debtor )  Case No. _____
 )
 ) Chapter _11_
_Arctic Express, Inc._ , )
   Plaintiff )
 )
   v. )  04-02332
_Del Monte Fresh Produce N.A., Inc.,_ , ) Adv. Proc. No. _____
_d/b/a Del Monte Fresh Produce Company_ )
   Defendant

## SUMMONS IN AN ADVERSARY PROCEEDING

YOU ARE SUMMONED and required to file a motion or answer to the complaint which is attached to this summons with the clerk of the bankruptcy court within 30 days after the date of issuance of this summons, except that the United States and its offices and agencies shall file a motion or answer to the complaint within 35 days.

Address of Clerk
   Bankruptcy Clerk
   170 N. High Street, Columbus, Ohio   43215

At the same time, you must also serve a copy of the motion or answer upon the plaintiff's attorney.

Name and Address of Plaintiff's Attorney
   Todd H. Neuman
   FERRIS & NEUMAN LLP
   2733 W. Dublin-Granville Rd.
   Columbus, OH  43235

If you make a motion, your time to answer is governed by Fed. R. Bankr. P. 7012.

**IF YOU FAIL TO RESPOND TO THIS SUMMONS, YOUR FAILURE WILL BE DEEMED TO BE YOUR CONSENT TO ENTRY OF A JUDGMENT BY THE BANKRUPTCY COURT AND JUDGMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE COMPLAINT.**

_____
_Clerk of the Bankruptcy Court_

_____       By: _____
Date                                Deputy Clerk

## CERTIFICATE OF SERVICE

I, <u>Guy R. Humphrey</u>, certify that I am, and at all times during the
(name)
service of process was, not less than 18 years of age and not a party to the matter concerning which service of process was made. I further certify that the service of this summons and a copy of the complaint was made _____ by:
(date)

☒ Mail Service: Regular, first class United States mail, postage fully pre-paid, addressed to:
CT Corporation System, Statutory Agent, 1300 East 9th St., Cleveland, OH 44114
Bruce R. Schrader II, Roetzel & Andress, 222 South Main St., Akron, OH 44308

☐ Personal Service: By leaving the process with defendant or with an officer or agent of defendant at:

☐ Residence Service: By leaving the process with the following adult at:

☐ Certified Mail Service on an Insured Depository Institution: By sending the process by certified mail addressed to the following officer of the defendant at:

☐ Publication: The defendant was served as follows: [Describe briefly]

☐ State Law: The defendant was served pursuant to the laws of the State of _____,
as follows: [Describe briefly]                                                    (name of state)

Under penalty of perjury, I declare that the foregoing is true and correct.

_____          _____
Date                              Signature

| Print Name Guy R. Humphrey |
| Business Address 65 E. State St., Suite 1000 |
| City Columbus    State Ohio    Zip 43215 |